UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLIN PAUL SUTHERLAND,

                Plaintiff,

        -against-

SECURITIES AND EXCHANGE
COMMISSION, et al.,

               Defendants.

25-CV-9233 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is proceeding *pro se,* submitted this complaint to the court by email on November 3, 2025. Rule 11 of the Federal Rules of Civil Procedure requires that every pleading including the signer's address. Fed. R. Civ. P. 11(a). Plaintiff complaint does not include an address of record for service, and although Plaintiff provided an email address, he did not submit a written consent to accept electronic service.

To proceed with this action, Plaintiff must identify an address for service by either: (1) providing a mailing address; or (2) consenting to accept service of documents by email. A consent to e-service form is attached. If Plaintiff does not identify an address for service within 30 days of the date of this order, or seek an extension of time to do so, the Court will dismiss this action without prejudice for his failure to comply with this order.[1]

---

[1] Once Plaintiff has provided an address of record, if his address changes, it is his obligation to notify the court of his new address. *See In Re: Cases Filed By Pro Se Plaintiffs*, *This Matter Relates To: Duty of Self-Represented Parties to Keep Address Information Current*, No. 24-MC-127 (LTS) (S.D.N.Y. Mar. 18, 2024) ("Standing Order"). A copy of this Standing Order was filed on the docket on November 5, 2025.

**CONCLUSION**

The Court directs Plaintiff within 30 days of the date of this order to either: (1) provide a mailing address; or (2) consent to accept service of documents by email. A consent to e-service form is attached.

If Plaintiff does not provide the court with an address for service or consent to e-service, the Court will dismiss this action without prejudice, under Fed. R. Civ. P. 41(b), for his failure to comply with this order.

The Clerk of Court is directed to email a copy of this order to Plaintiff at cpsutherland@gmail.com. This order also will be viewable on the court's electronic docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   December 1, 2025
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2