UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLIN PAUL SUTHERLAND,

                    Plaintiff,

        -against-

SECURITIES AND EXCHANGE
COMMISSION, et al.,

                   Defendants.

25-CV-09233-JAV

ORDER OF SERVICE

JEANNETTE A. VARGAS, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.  On January 26, 2026, Plaintiff submitted a motion for an extension of time to serve the Summons and Complaint on all Defendants.  ECF No. 6.

The Clerk of Court is directed to issue summonses as to Defendants Securities and Exchange Commission, Citadel Securities LLC, Virtu Financial Inc., Jane Street Group LLC, Susquehanna International Group LLP, and Invesco Ltd. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[1]

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

The Clerk of Court is directed to terminate as moot ECF No. 6.

SO ORDERED.

Dated:    February 20, 2026
          New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge